AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANNETTE HARLING, parent and next friend
of S.M. a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CASE

Case: 1:08-cv-00056
Assigned To : Roberts, Richard W.
Assign. Date : 1/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

*District of Columbia*

SERVE: District of Columbia Interim Attorney General 1350
Pennsylvania Ave., NW Ste. 409 Washington, D.C. 20002
To Serve: Peter Nickels

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Carolyn Houck*
*8101 Connecticut Ave. N701*
*Chevy Chase, MD 20815*

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          ⌐JAN 11 2008

CLERK                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1-16-08 |
| NAME OF SERVER *(PRINT)*  T. SPENCER T | TITLE  COURIER |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

✓G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and  4th
discretion then residing therein.

Name of person with whom the summons and complaint were left: _Sahilla by m_ ___

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _T. Spencer_ _____
                         Date                    *Signature of Server*

_601 N Pitt St Alex_ ___
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.