AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

ANNETTE HARLING, parent and next friend
of S.M. a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CASE

Case: 1:08-cv-00056
Assigned To : Roberts, Richard W.
Assign. Date : 1/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHELLE RHEE, (Officially) Chancellor, DC Public School
825 North Capitol St. N.E., Suite 9026 Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolyn Houck
8101 Connecticut Ave N 701
Chevy Chase MD 20815

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         JAN 1 1 2008
_____               _____
CLERK                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-16-08 |
| NAME OF SERVER *(PRINT)* T. SPENCER | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.     9th Fl

Name of person with whom the summons and complaint were left: Mabry 1/16/08

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/16/08           T. SPENCER
                Date            Signature of Server

901 N. Pitt St  Alex Va.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.