AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANNETTE HARLING, parent and next friend
of S.M. a minor

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-00056
Assigned To : Roberts, Richard W.
Assign. Date : 1/11/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia 1350 Pennsylvania Ave., NW 5th Fl.
Washington, D.C. 20002 To Serve: Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carolyn Houck
8101 Connecticut Ave N 701
Chevy Chase MD 20815

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        JAN 1 1 2008
CLERK                                           DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-16-08 |
| NAME OF SERVER *(PRINT)* J. SPENCER | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Jamilla Bryk_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date          Signature of Server   J. SPENCER

Address of Server   801 N Pitt St Alex

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.