IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNETTE HARLING,** ) <br> **parent and next friend of S.M., a minor** ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> ) <br> **DISTRICT OF COLUMBIA, et. al.,** ) <br> ) <br> **Defendants** ) <br> ) | Civil Action No.08-0056 (RWR) |

## JOINT RULE 16.3 REPORT

COME NOW the parties, Plaintiff and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail and telephonic conference, and consistent with said conferences, the parties respectfully submit the following:

   I.   **Statement of the case**

The Plaintiff is seeking reversal of an October 16, 2007, Hearing Officer's Determination that denied her right to an impartial due process hearing based on the issues addressed in Counts I through IX in the January 2008, Complaint. The Defendant disputes the allegations contained in the Complaint.

   II.  **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

   1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendants will file the administrative record on May 15, 2008.

   b. The Plaintiff will file her Motion for Summary Judgment on or before June 6, 2008.

   c. The Defendant will file its Cross Motion for Summary Judgment and its Opposition on or before July 7, 2008.

   d. The Plaintiff will file her Opposition and Reply on or before July 23, 2008.

   e. The Defendant will file its Reply on or before August 14, 2008.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 31st day of March 2008.

_____/s/_____
Carolyn Houck [459746]
8101 Connecticut Ave. N701
Chevy Chase, MD  20815
301-951-4238
cwhouck@aol.com
Attorney for Plaintiff

_____/s/_____
Maria Merkowitz [312967]
Office of the Attorney General for the
District of Columbia
441 4th Street, N. W., 6th Floor South
Washington, D.C. 20001
202-442-9842
maria.merkowitz@dc.gov
Attorney for Defendants