UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNETTE HARLING,<br>parent and next friend of S.M.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0056 (RWR)<br>)<br>)<br>)<br>)<br>) |

  The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco on behalf of the Defendant District of Columbia in the above-captioned case.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH
        Chief, Equity Section 2
        Bar Number 012914

        **/s/ Juliane T. DeMarco**
        Juliane T. DeMarco
        Assistant Attorney General
        Bar Number 490872
        441 Fourth Street, N.W., Sixth Floor
        Washington, D.C. 20001
        (202) 724-6614
        (202) 741-0575 (fax)
May 22, 2008     E-mail: Juliane.DeMarco@dc.gov