UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                               )
**ANNETTE HARLING, parent &**  )
**next friend of S.M.,**       )
                               )
     **Plaintiff,**   )
                               )
     v.              )   Civil Action No. 08-56 (RWR)
                               )
**DISTRICT OF COLUMBIA, et al.,** )
                               )
     **Defendants.**  )
_____)

**ORDER TO SHOW CAUSE**

    At the April 7, 2008 initial scheduling conference, the court set June 6, 2008 as the Plaintiff's deadline to file a dispositive motion. The plaintiff has not filed a dispositive motion. Accordingly, it is hereby

    ORDERED that plaintiff shall show cause in writing by July 7, 2008 why this case should not be dismissed for want of prosecution.

    SIGNED this 26th day of June, 2008.

                                                   _____/s/_____
                                                   RICHARD W. ROBERTS
                                                   United States District Judge