IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNETTE HARLING,** )<br>    Plaintiff, )<br> ) | Civil Action No. 08-0056 (RWR) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
|     Defendant. ) | |
| ) | |

**NOTICE AND STIPULATION OF DISMISSAL**

The Parties hereby stipulate to dismissal of all claims with prejudice, and state as follows:

1)   Neither the Plaintiff nor the minor child will be harmed by the dismissal.

2)   The Defendant has made no counter claims, so it will not be harmed by the dismissal.

Respectfully submitted,

/s/ Carolyn W. Houck
8101 Connecticut Avenue, N701
Chevy Chase, MD  20815
Tel:   301-951-4278
Fax:  301-951-4248
D.C. Bar # 459746
Attorney for Plaintiff

PETER J. NICKLES
Interim Attorney General
For the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

1

                                                 /s/ Edward P. Taptich
EDWARD P.TAPTICH [#012914]
Chief, Equity Section II

/s/ Amy Caspari
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South

July 8, 2008                                     Washington, D.C. 20001
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ANNETTE HARLING,** | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 08-0056 (RWR) |
| v. | ) |
|  | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' notice and stipulation of dismissal, it is on this

_____ day of July, 2008, hereby

**ORDERED** that this case is dismissed with prejudice.

_____
United States District Judge Roberts